| District | Off. | Docket No Yr. Number | OR | Filing Date Mo. Day Yr. | Nature Suit | Judge | Mag. | Jury Dem | ARB | MD Docket | Docket Number Yr. Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0539 | 3 | 89 00447 | 1 | 02 13 89 | 3 440 | 3919 | | P | | | 89 00447 T |

**ENTERED IN CIVIL**

CAUSE: TITLE 18 SEC. 2510 — OTHER CIVIL RIGHTS          **CA 3-89-0447-T**

**PLAINTIFFS**                     JURY                              **DEFENDANTS**

N.O.#93-1052

1.   FORSYTH, JAN                               3.   BARR, JOHN
2.   KIRKS, RICHARD                             4.   GROGAN, GEORGE
12.        BRUTON, CHARLES                      5.   DULWORTH, HOMER
13.        BRUTON, SUSAN                        6.   DULWORTH, JOYCE
                                                7.   DULWORTH, GARY
       (#12, 13 added per 8-9-89               8.   VINES, MACK
        consolidation order)                    9.   WALKER, DWIGHT
                                               10.   ROLLINS, WILLARD
                                               11.   THE CITY OF DALLAS, TEXAS
                                               14.   SOUTHWESTERN BELL TELEPHONE COMPANY
                                                     DISMISSED 6/12/91
                                               (#14 added per 8-9-89 consolidation order)

1st AMENDED COMPLAINT 11-5-90

8-9-89 consolidated w/CA3-89-0554-T

                                                                                  wrb

**ATTORNEYS**

1,2.  Douglas R. Larson, Esq.                  5, 6, 7.  Arlen D. Bynum
      1327 Empire Central, Suite 103                     Marston Alexander
      Dallas, TX  75247                                  LAW OFFICES OF ARLEN D. BYNUM
      (214) 631-2933                                     Two Turtle Creek Village
      (ADDRESS CHANGED)                                  Suite 820
                                                         Dallas, TX  75219
      Douglas R. Larson                                  (214) 559-0500
      Attorney and Counselor
      3939 Highway 80, Suite 100               4.   George Grogan
      Mesquite, TX  75150                           10818 CF Hawn Frwy.
      (214) 686-6441                                Dallas, TX  75247
                                                    (214) 286-7890

                                               8, 9, 10, 11
                                                    Ed Vos
                                                    Katherine Knight, ASST CITY ATTY
                                                    OFFICE OF THE CITY ATTORNEY
                                                    CITY OF DALLAS TEXAS
                                                    7BN Dallas City Hall
                                                    1500 Marilla Street
                                                    Dallas, Texas  75201
                                                    (214) 670-3510

                                               4.   Robert T. Walls, Jr.
                                                    PATTERSON, LAMBERTY, KELLY
                                                        & STANFORD, INC.
                                                    2011 Cedar Springs at Harwood,
                                                    Suite 200
                                                    Dallas, TX 75219
                                                    (214) 871-2226

SEE ADDITIONAL ATTORNEYS ON MAP

**CLOSED 1993**   STATISTICAL REPORTS PROCESSED

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | FILING FEES PAID RECEIPT NUMBER | C.D. NUMBER | Filing 02-28-89 Termination JAN 3 1 1993 Change |
|---|---|---|---|---|
| | 02-13-89 | # 3404  $120.00 | | |

UNITED STATES DISTRICT COURT DOCKET                                           DC-111S (7/85)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CA3-89-0447-T |
|---|---|---|
| JAN FORSYTH, ET AL | JOHN BARR, ET AL | PAGE 1a OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1989 | | **ADDITIONAL ATTORNEYS:** |

12,13. For Charles Bruton & Susan Bruton (CA3-89-0554-T consolidated w/CA3-89-0477-T):
Edward B. Cloutman, III
MULLINAX WELLS BAAB & CLOUTMAN
*FIRM CHANGE*
3301 Elm St.
Dallas, Texas 75226-1637
(214) 939-9222

12,13  Edward B. Cloutman, III
CLOUTMAN ALBRIGHT & BOWER
3301 Elm Street
Dallas, TX  75226-1637
(214) 939-9222

3. D. Ronald Reneker
Thomas E. Shaw
BIRD & RENEKER
1100 Premier Place
5910 North Central Expwy.
Dallas, TX  75206
(214) 373-7070

14. For Southwestern Bell Telephone Co. (CA3-89-0554-T consolidated w/89-0447):
William A. Brown
One Bell Plaza, Rm 2900
P.O. Box 655521
208 S. Akard
Dallas, Texas 75265-5521

4. Christopher M. Weil
Anthony A. Petrocchi
WEIL & PETTROCCHI, P.C.
1900 North Tower, LB 3674
Plaza of the Americas
Dallas, TX  75201
(214) 969-7272

| DATE | NR | PROCEEDINGS | |
|---|---|---|---|
| **1989** | | | |
| FEB 13 | 1 | PLAINTIFFS' ORIGINAL COMPLAINT AND JURY DEMAND (13) | cab |
| | 2 | ISSUED SUMMONS (9) | cab |
| Mar 3 | X | Recd changed of address fr Mr. Larson | klm |
| Mar 13 | 3 | ORIGINAL **ANSWER** OF HOMER DULWORTH, JOYCE DULWORTH AND JAMES GARY DULWORTH (defts) (6) | klm |
| | 4 | JURY DEMAND (defts Dulworth) (2) | klm |
| Mar 17 | 5 | AGREED MOTION TO EXTEND TIME TO FILE ANSWER (deft Grogan) (2) | klm |
| Mar 20 | 6 | DEFENDANTS' **ANSWER** TO PLAINTIFFS' ORIGINAL COMPLAINT (City of Dallas, Mack M. Vines, Dwight Walker & Willard Rollins) (9) | klm |
| Mar 23 | 7 | **SCHEDULING ORDER NO. 1 INITIAL SCHEDULING ORDER**...ptys will adhere to following pretrial schedule: Initial Scheduling Conf. set for 9/18/89 at 1:00p.m.; all general disc by 10/2/89; mtns for leave to join ptys by 11/1/89; mtns for leave to amend pldgs by 11/1/89; status conf. set for 12/15/89 at 9:00a.m.; ptys directed to confer at least 14 days prior to any conf. set at Dallas, TX; pltf responsible for svc of copies of this Order upon all ptys appearing; questions directed to Ms. Tate. (2)<br>  cc to cnsl/dkt-d 3/24/89 | RBM/klm |
| | 8 | **AGREED ORDER EXTENDING TIME FOR FILING ANSWER**...time extension requested by deft, George Grogan is granted & George Grogan has until on or before 4/17/89 to answer. (1)<br>  cc to cnsl/dkt-d 3/24/89 | RBM/klm |
| Mar 28 | 9 | RETURN OF SERVICE OF SUMMONS/COMPLAINT to Mr. Homer Dulworth, served personally, on 3/8/89. (1) | klm |
| | 10 | RETURN OF SERVICE OF SUMMONS/COMPLAINT to Mr. Dwight Walker, served personally, on 3/3/89. (1) | klm |
| | 11 | RETURN OF SERVICE OF SUMMONS/COMPLAINT to Mr. George Grogan, served personally, on 3/1/89. (1) | klm |
| | 12 | RETURN OF SERVICE OF SUMMONS/COMPLAINT to Mr. Willard Rollins, served Mr. Mark O'Briant, Asst. City Atty rep. Mr. Rollins, on 3/1/89. (1) | klm |
| | 13 | RETURN OF SERVICE OF SUMMONS/COMPLAINT to Mr. Mack Vines, served Mr. Mark O'Briant, Asst. City Atty rep. Mr. Viles, on 3/1/89. (1) | klm |
| | 14 | RETURN OF SERVICE OF SUMMONS/COMPLAINT to Mr. Richard Knight, Jr., served personally, on 3/1/89. (1) | klm |
| | 15 | RETURN OF SERVICE OF SUMMONS/COMPLAINT to Ms. Joyce Dulworth, served personally, on 3/8/89. (1) | klm |
| | 16 | RETURN OF SERVICE OF SUMMONS/COMPLAINT to Mr. Gary Dulworth, served by leaving copies w/Mr. Homer Dulworth, father, on 3/8/89. (1) | klm |
| Apr 5 | 17 | DEFENDANT, GEORGE GROGAN'S ORIGINAL **ANSWER** (7) | klm |
| Apr 10 | 18 | PLAINTIFFS' MOTION FOR SUBSTITUED SERVICE (4) | klm |
| Apr 13 | 19 | RETURN OF SERVICE OF SUMMONS/COMPLAINT to Mr. John Barr, served personally, on 4/12/89. (1) | klm |
| Apr 21 | 20 | DEFENDANT JOHN BARR'S ORIGINAL **ANSWER** (7) | klm |
| May 5 | 21 | **ORDER REGARDING MOTION FOR SUBSTITUTED SERVICE**...pltf's mtn is moot. (1)<br>  cc to cnsl/dkt-d 5/5/89 | RBM/klm |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-89-0477-T |
|---|---|---|
| JAN FORSYTH, ET AL | JOHN BARR, ET AL | DOCKET NO. _____ |
| | | PAGE 3 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1989** | | |
| JUL 25 | 22 | RETURN OF SERVICE OF D/S served Lieut. Kenneth Lybrand on 07-18-89 in Dallas, TX. (1)                                    slb |
| Aug 9 | 23 | **ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE**...It is **ORDERED** that Pltfs' 6-29-89 mtn to consolidate (CA3-89-0554-T) is **GRANTED**. It is **FURTHER ORDERED** that Ca3-89-0554-T is consolidated w/CA3-89-0447-T, &, therefore, CA3-89-0554-T is **CLOSED**; It is **FURTHER ORDERED** that CA3-89-0447-T shall be styled as <u>Jan Forsyth, Richard Kirks, Charles Bruton & Susan Bruton, Pltfs, v. John Barr, George Grogan, Homer Dulworth, Joyce Dulworth, Gary Dulworth, Mack Vines, Dwight Walker, Willard Rollins, City of Dallas, Texas, & Southwestern Bell Telephone Company, Defts.</u> See Order for specifics. (2)                                                                 RBM/ns<br>cc to cnsl & dktd 8-9-89     (original in CA3-89-0554-T  dkt # 26) |
| AUG 17 | 24 | MOTION FOR EXTENSION OF TIME.  (Pltfs) (3)                               slb |
| AUG 18 | | RECEIVED ORAL DEPOSITION FO KENNETH LYBRAND.  (15+) (Under Separate Cover).                                                                slb<br><br>RECEIVED ORAL DEPOSITION OFKENNETH LYBRAND.  (15+) (Under Separate Cover).                                                                slb |
| AUG 29 | 25 | **ORDER TAKING MOTION UNDER ADVISEMENT**...Pltfs' Mtn for Ext of Time is taken under advisement until the Initial Scheduling Conference on 09-18-89. (1)<br>kcc to cnsl/dkt-d 08-31-89.                                    RBM:slb |
| AUG 30 | 26 | PLAINTIFFS' MOTION AND BRIEF FOR SANCTIONS, AND MOTIONAND BRIEF TO COMPEL ANSWERS TO DEPOSITION QUESTIONS. (15+)                  slb |
| AUG 31 | 27 | DEFENDANT CITY OF DALLAS' MOTION FOR LEAVE TO FILE MOTION TO LIMIT SCOPE OF DISCOVERY UNDER SEAL. (3)                             slb |
| SEP 1 | 28 | **ORDER OF REFERENCE**...Pltfs' Mtn for Sanctions, and Mtn to Compel Answers to Deposition Questions, filed on 08-30-89 is referred to the U.S. Mag. for hrg and determination. (1)<br>cc to cnsl/dkt-d 09-11-89.                                    RBM:slb |
| SEP 6 | 29 | **ORDER OF REFERENCE**...Mtn for Leave to File Mtn to Limit Scope of Discovery Under Seal, filed 08-31-89, by City of Dallas, is referred to U. S. Mag. for hrg and determination. (1)<br>cc to cnsl/dkt-d 09-11-89.                                    RBM:slb |
| SEP 7 | 30 | DEFENDANT CITY OF DALLAS' RESPONSE TO PLAINTIFFS' MOTION FO RSANCTIONS AND MOTION TO COMPEL ANSWERS TO DEPOSITION QUESTIONS. (8)          slb |

**SEE NEXT PAGE**

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-89-447-T DOCKET NO. ____ |
|---|---|---|
| JAN FORSYTH, ET AL | JOHN HOLMAN BARR, ET AL | PAGE 4 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1989** | | |
| SEP 11 | 31 | **ORDER GRANTING LEAVE TO FILE CITY OF DALLAS' MOTION TO LIMIT SCOPE OF DISCOVERY UNDER SEAL**...City of Dallas is grnated leave to file its mtn to limit scope of disc under seal w/Ct. (1)<br>cc to cnsl/dkt-d 09-13-89.                                    JBT:slb |
| | 32 | DEFENDANT SOUTHWESTERN BELL TELEPHONE COMPANY'S BRIEF IN OPPOSITION TO DEFENDANT CITY OF DALLAS' MOTION TO LIMIT THE SUBJECT OF DISCOVERY AND BRIEF. (9)                                                                       slb |
| SEP 18 | 33 | PLAINTIFFS' SUPPLEMENTAL MOTION AND BRIEF FOR SANCTIONS, AND MOTION AND BRIEF TO COMPEL ANSWERS TO DEPOSITION QUESTIONS. (10)        slb |
| | X | ORAL DEPOSITION OF KENNETH LYBRAND on 17th of August, 1989 @ 9:30 a.m. in Dallas, TX. (Under Separate Cover) (15+)                  slb |
| | 34 | DEFENDANT CITY OF DALLAS' MOTION TO LIMIT THE SUBJECT OF DISCOVERY AND BRIEF. (8)                                                                       slb<br>(Under Seal) |
| SEP 19 | 35 | **SCHEDULING ORDER NO. 2 REVISED SCHEDULING ORDER**...order setting PT filing requirements; notice SANCTIONS will be imposed if requirements are not met; **SEE ORDER FOR SPECIFICS.** (2)<br>cc to cnsl/dkt-d 09-20-89.                                RBM:slb |
| | 36 | DEFENDANT JOHN HOLMAN BARR'S RESPONSE TO DEFENDANT CITY OF DALLAS' MOTION TO LIMIT THE SUBJECT OF DISCOVERY. (4)                          slb |
| SEP 19 | 37 | **ORDER OF REFERENCE**...Pltfs' Supplemental Mtn fo rSanctions and Mtn to Compel Answers to Depo Questions, filed on 09-18-89 is referred to the U.S. Mag. for hrg and determination. (1)<br>cc to cnsl/dkt-d 09-22-89                               RBM:slb |
| SEP 20 | 38 | GEORGE GROGAN AND GROCO PAINT COMPANY'S MOTION TO DISQUALIFY DOUG LARSON FROM REPRESENTING JAN FORSYTH AND RICHARD KIRKS. (11)        slb |
| | 39 | BRIEF IN SUPPORT OF DEFENDANT GEORGE GROGAN AND GROCO PAINT COMPANY'S MOTION TO DISQUALIFY DOUG LARSON FROM REPRESENTING JAN FORSYTH AND RICHARD KIRKS. (<br>slb |
| SEP 22 | 40 | PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT CITY OF DALLAS' MOTION TO LIMIT SCOPE OF DISCOVERY UNDER SEAL. (4)                  slb |
| SEP 29 | 41 | DEFENDANT CITY OF DALLAS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS AND TO COMPEL ANSWERS TO DEPOSITION QUESTIONS. (7)   slb |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CA3-89-447-T |
|---|---|---|
| JAN FORSYTH, ET AL | JOHN BARR, ET AL | PAGE 5 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1989** | | |
| OCT 5 | 42 | **ORDER**...parties' request for an extension of disc deadlines is moot... this Order does not extend any other deadlines nor does it excuse from any conferences. (1)<br>  cc to cnsl/dkt-d 10-11-89.                                   RBM:slb |
| OCT 6 | 43 | **ORDER**...Pltfs' Mtn and Brief for Sanctions, and Mtn and Brief to Compel Answer to deposition Questions, filed stamped August 30, 1989 dkt entry No. 26 and pltfs' Supplemental Mtn and Brief for Sanctions, and Mtn and Brief to Compel Answers to Deposition Questions, filed stamped September 18, 1989, dkt entry NO. 33, in the above-styled and numbered cause are hereby SEALED. (1)<br>  cc to cnsl/dkt-d 10-11-89.                                  JBT:slb |
| OCT 10 | 44 | PLAINTIFF JAN FORSYTH AND RICHARD KIRKS' RESPONSE TO GEORGE GROGAN AND GROCO PAINT COMPANY'S MOTION TO DISQUALIFY DOUG LARSON FROM REPRESENTING JAN FORSYTH AND RICHARD KIRKS. (15+)                slb |
| OCT 31 | 45 | DEFENDANT CITY OF DALLAS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL MOTION AND BRIEF FOR SANCTIONS AND MOTION AND BRIEF TO COMPEL ANSWERS TO DEPOSITION QUESTIONS. (6)                slb |
| | 46 | **ORDER SETTING HEARING**...Defts' mtn to disqualify is set for hrg on Friday, 11-17-89 @ 3:00 p.m....(2)<br>  cc to cnsl/dkt-d 11-01-89.                                 RBM:slb |
| NOV 3 | 47 | **ORDER SETTING HEARING**...Ddfts City of Dallas' Mtn to Limit the Subject of Disc is set for an <u>ex parte</u> hrg on Friday, December 15, 1989 @ 2:00 p.m. (2)<br>  cc to cnsl/dkt-d 11-06-89.                                 RBM:slb |
| NOV 17 | 48 | SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT GEORGE GROGAN AND GROCO PAINT COMPANY'S MOTION TO DISQUALIFY DOUG LARSON FROM REPRESENTING JAN FORSYTH AND RICHARD KIRKS. (15+)                slb |
| DEC 5 | 49. | **ORDER DENYING MOTION TO DISQUALIFY.** Deft. George Grogan's motion to disqualify is denied. (8)<br>  cc to cnsl & dktd 12/7/89.                                 RBM:ad |
| JAN 23 | 50 | **SHCEDULING ORDER NO. 3 REVISED SCHEDULIN GORDER**...previous pt scheduling order is vacated and Revised Scheduling Order is sub...settting pt filing requirements...**SEE ORDER FOR SPECIFICS!** (3)<br>  cc to cnsl/dkt-d 01-24-90.                               RBM:slb |

**SEE NEXT PAGE**

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-89-0447-T |
|---|---|---|
| JAN FORSYTH, ET AL | JOHN BARR, ET AL | DOCKET NO. _____<br>PAGE __6__ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1990** | | | |
| Feb 20 | 51 | PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES  (5) | klm |
| | 52 | BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES  (3) | klm |
| Feb 22 | 53 | **ORDER OF REFERENCE**...pltf's Mtn to Compel Disc Responses, filed 2/20/90 is referred to a U.S. Mag. for hearing & determination. (1)<br>   Dktd & cc to cnsl 2/26/90 - dktd 2/28/90 | RBM/klm |
| MAR 9 | 54 | DEFENDANT SOUTHWESTERN BELL TELEPHONE COMPANY'S CERTIFICATE OF CONFERENCE. (2) | slb |
| | 55 | DEFENDANT SOUTHWESTERN BELL TELEPHONE COMPANY'S MOTION FOR AND BRIEF IN SUPPORT OF PROTECTIVE ORDER AND BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL. (15+) | slb |
| MAR 13 | 56 | DEFENDANT SOUTHWESTERN BELL TELEPHON COMPANY'S MOTION FOR IN CAMERA INSPECTION OF DOCUMENTS. (2) (Exhibits to Mtn under Seal) | slb |
| Mar 14 | 57 | **ORDER OF REFERENCE**...deft Southwestern Bell Telephone Co.'s Mot for Protective Order & Opposition to pltfs' Mot to Compel Disc Responses, filed 3/9/90 & Mot for In Camera Inspection of Documents, filed 3/12/90 are referred to a U.S. Mag. for hearing & determination. (1)<br>   cc to cnsl/dkt-d 3/14/90 - dktd 3/19/900 | RWM/klm |
| Mar 19 | 58 | **ORDER**...pltfs' Mot to Compel Disc responses is denied; proposed protective order which is attached as Exh B to pltf's mot shall be the protective order which applies to all documents which are produced by Southwestern Bell Telephone Co. in disc in this action, & the said Exh B is here adopted by reference as the order of this Court; all relief not expressly granted herein is denied. (1)<br>   cc to cnsl/dkt-d 3/19/90 | JBT/klm |
| MAY 29 | 59 | **SCHEDULING ORDER NO. 4 REVISED SCHEDULING ORDER**...previous scheduling order is vacated and this Revised Order is substituted.  parties will adhere to pt schedule...setting pt filing requirements...scheduling conference is set for 10-26-90 at 10:00 a.m....**SEE ORDER FOR SPECIFICS.** (3)<br>   cc to cnsl/dkt-d 05-29-90. | RBM:slb |
| JUN 28 | 60 | DEFENDANTS CITY OF DALLAS, MACK VINES, WILLARD ROLLINS AND DWIGHT WALKER'S MOTION FOR LEAVE TO FILE DEFENDANTS' FIRST AMENDED ANSWERS TO PLAINTIFFS' ORIGINAL COMPLAINTS  (3) Orig. attached | aw |

**SEE NEXT PAGE**

# CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JAN FORSYTH, ET AL | JOHN BARR, ET AL | CA3-89-0447-T DOCKET NO. _____ |
| | | PAGE 7 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1990** | | |
| JUL 24 | 61 | **ORDER GRANTING LEAVE TO FILE AMENDED ANSWERS**...City Defts mtn for leave to file first amneded answers is granted and the clerk of the Ct shall accept for filing Defts' 1st Amended Answer to Pltf Forsyth and Kirks Orig. Complaint and Defts' 1st Amended Answer to Pltfs Charles Bruton and Susan Bruton's Orig. Complaint attached hereto. (1) cc to cnsl/dkt-d 07-24-90.    RBM:slb |
| | 62 | DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFFS FORSYTH AND KIRKS ORIGINAL COMPLAINT. (11)    slb |
| JUL 24 | 63 | DEFENDANTS' FIRST AMENDED ANSWER TO PLAINTIFFS CHARLES BRUTON AND SUSAN BRUTON'S ORIGINAL COMPLAINT. (10)    slb |
| AUG 2 | 64 | MOTION TO AMEND COMPLAINT AND JOIN ADDITIONAL PARTY DEFENDANT (Pltf) (18)    aw |
| AUG 22 | 65 | DEFENDANT JOHN HOLMAN BARR'S RESPONSE TO PLAINTIFFS' MOTION TO AMEND COMPLAINT AND JOIN ADDITIONAL PARTY DEFENDANT, RULe 11 MOTION AND BRIEF IN SUPPORT (22)    aw |
| AUG 24 | 66 | SOUTHWESTERN BELL TELEPHONE COMPANY'S BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND COMPLAINT AND JOIN ADDITIONAL PARTY DEFENDANT (6+)    aw |
| SEP 12 | 67 | PLAINTIFF'S MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION AND BRIEF FOR SECOND MOTION FOR SANCTIONS (2)    aw |
| SEP 18 | 68 | NOTICE TO TAKE ORAL DEPOSITION SUBPOENA DUCES TECUM OF ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ Teresa Radke on 10-14-90 @ 10:00 AM in Mesquite, TX. (3) (Pltf)    aw |
| | 69 | NOTICE TO TAKE ORAL DEPOSITION SUBPOENA DUCES TECUM OF Chuck Woodard on 10-14-90 @ 11:30 AM in Mesquite, TX. (3) (pltf)    aw |
| SEP 20 | 70 | NOTICE TO TAKE ORAL DEPOSITION SUBPOENA DUCES TECUM OF Chuch Woodard on 10-11-90 @ 11:30 AM in Mesquite, TX. (3) (pltf)    aw |
| | 71 | NOTICE TO TAKE ORAL DEPOSITION SUBPOENA DUCES TECUM OF Teresa Radke on 10-11-90 @ 10:00 AM in MEsquite, TX. (3) (pltf)    aw |
| SEP 24 | 72 | BRIEF IN REPLY TO RULE 11 SANCTIONS (Pltf) (8)    aw |
| SEP 25 | 73 | **ORDER**...That Pltfs Jan Forsyth; Richard Kirks; Charles Bruton & Susan Bruton is **GRANTED an** extension until 9-23-90 to respond to Deft's Motion. (1) cc to cnsl & dktd 9-25-90    RBM/aw |
| ~~XXXXXX~~ | ~~XX~~ | ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ DOCKETED IN ERROR    xx/aw |

**SEE NEXT PAGE**

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA#-89-0447-T |
|---|---|---|
| FORSYTH, ET AL | BARR, ET AL | DOCKET NO. _____ PAGE 8 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1990** | | |
| OCT 9 | 74 | DEFENDANT JOHN BARR'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND MOTION TO COMPEL TURNOVER AND BRIEF IN SUPPORT THEREOF (9)   aw |
| | 75 | AFFIDAVIT OF JOHN BARR (4)   aw |
| | 76 | **ORDER OF REFERENCE**...Deft's Emergency Motion for Protective Order and Motion to Compel Turnover...is hereby referred to U. S. Mag Tolle for hearing, if necessary, and for determination. (1) cc distributed by deft atty   RBM/aw |
| OCT 10 | 77 | NOTICE OF DEPOSITION WITH SUBPOENA of Jan Hart on 10-24-90 @ 9:00 AM in Mesquite, TX. (2) (Pltf)   aw |
| | 78 | NOTICE OF DEPOSITION WITH SUBPOENA of John Evans on 10-26-90 @ 3:00 PM in Mesquite, TX. (2) (pltf)   aw |
| | 79 | **ORDER**...That the deposition of Theresa Radke and Chuck Woodard are hereby temporarily stayed and shall not be taken until Deft's Emergency Motion for Protective order...is resolved. FURTHER ORDERED that counsel for pltfs shall submit the transcripts of tape recorded conversations which are the subject matter of the motions to the undersigned magistrate for _in camera_ review. CNsl for pltfs represent that they are not in possesion of any tape recordings, but have only transcreipts of conversations. FURTHER ORDERED **that a** hearing on this issue will be at 2:00 PM on 10-31-90 in Room 14E31. THe clerk will issue a subpoena upon the Court's motion to Theresa Radke, compelling her appearance and testimony at the hearing. (@) cc to cnsl & dktd 10-12-90   JBT/aw |
| OCT 15 | 80 | NOTICE OF CHANGE OF FIRM AFFILIATION (E. Cloutman, III) (3)   aw |
| OCT 17 | 81 | RETURN OF SERVICE ON SUBPOENA Of Theresa Radke, executed 10/12/90 by personal service. (2)   aw |
| OCT 24 | 82 | **ORDER GRANTING MOTION FOR LEAVE TO AMEND AND JOIN PARTY AND DENYING MOTION FOR RULE 11 SANCTIONS**...That Pltfs' motion for leave to amend complaint and join addtnl pty deft is **GRANTED**...That Pltfs Forsyth & Kirks shall file a signed, original, copy of the proposed amended pldgs which accompanied this mtn, w/in 10 days from the file date of this order...Deft BArr's Motion for Rule 11 sanctions is **DENIED**. (4) cc to cnsl 10-24/dktd 10-29-90   RBM/aw |
| OCT 26 | 83 | BRIEF IN OPPOSITION TO DEFENDANT BARR'S MOTION FOR PROTECTIVE ORDER (19+) (pltf)   aw |
| | 84 | ENTRY OF APPEARANCE AND REQUEST FOR NOTICES (2) (DEft CNsl)   aw |
| OCT 29 | 85 | MOTION AND BRIEF FOR SANCTIONS (Pltf) (25+) (Under separate cover)   aw **(SEALED PER ORDER 11-2-90)** |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA#089-0447-T |
|---|---|---|
| FORSYTH, ET AL | BARR, ET AL | DOCKET NO. _____ <br> PAGE 9 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1990** <br> OCT 30 | 86 | **SCHEDULING ORDER NO. 5 REVISED SCHEDULING ORDER**...Sched Conf set for 3-1-91 @ 10:00 AM; all Disc. due 4-1-91; Mtns to join ptys/to amend pldgs 5-1-91; Status Conf. Set 5-31-91 @10:00AM. (3) cc to cnsl 10-30/dktd 10-31-90 | RBM/aw |
| OCT 31 | 87 | PLAINTIFFS **MOTION** TO SEAL PLEADING (4) | aw |
| | 88 | **ORDER**...That pltfs and cnsl shall forthwith deliver to cnsl for deft Barr the transcripts which are the subject matter of the Emergency Motion for Protection,...etc. FURTHER ORDERED that cnsl for deft shall safely keep all materials which are delivered to him pursuant to the provisions of the preceding paragraphs, pending the further order of the Court....The depositions of Theresa Radke and of Chuck Woodard may be taken at time and places to be agreed upon by cnsl, or upon proper notice. All relief not expressly granted herein is denied. FURTHER ORDERED...that this order is hereby stayed for a period of ten (10) days from its date of entry. IF an objection is served and filed as provided....this saty shall remain in effect until the Judge of this Court has disposed of such objection. If no objection is timely filed, this stay shall expire at the end of such ten (10) day period. (SEE ORDER) (4) cc to cnsl & dktd 10-31-90 | JBT/aw |
| NOV 2 | 89 | **ORDER OF REFERENCE**...Pltfs' Motion and Brief for Sanctions against Defts John Barr and George Grogan, is hereby referred to a U.S. Mag. Tolle for hearing, if necessary, and determination. (1) cc to cnsl & dktd 11-2-90 | RBM/aw |
| | 90 | **AGREED ORDER GRANTING MOTION TO SEAL PLEADING**...Pltfs' Mtn to SEal pleading is hereby **GRANTED** and the Clerk is hereby ordered to seal pltfs' Motion and Brief for Sanctions until further order(s) of this Court concerning the discovery and sanction issues has been entered. (4) cc to cnsl & dktd 11-2-90 | RBM/aw |
| NOV 5 | 91 | PLAINTIFFS' AMENDED COMPLAINT & JURY DEMAND (14) | aw |
| NOV 8 | 92 | DEFENDANT SOUTHWESTERN BELL TELEPHONE COMPANY'S ORIGINAL **ANSWER** TO PLAINTIFFS' AMENDED COMPLAINT/JURY DEMAND (12) | aw |
| NOV 9 | 93 | PLAINTIFFS' OBJECTION TO AND APPEAL OF MAGISTRATE'S ORDER DATED OCTOBER 31, 1990 AND BRIEF IN SUPPORT OF APPEAL (19) | aw |
| NOV 13 | 94 | PLAINTIFFS' MOTION TO COMPEL ANSWER TO INTERROGATORIES FROM DEFENDANTS JOHN BARR AND GEORGE GROGAN AND BRIEF IN SUPPORT THEREOF (25+) | aw |
| | 95 | PLAINTIFFS FORSYTH AND KIRKS RESPONSE TO MOTION TO COMPEL PRODUCTION BY BARR (9) | aw |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-89-447-T |
|---|---|---|
| FORSYTH, ET AL | BARR, ET AL | DOCKET NO. _____ PAGE 10 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1990 NOV 13 | 96 | HOMER DULWORTH'S, JOYCE DULWORTH'S AND JAMES GARY DULWORTH'S **ANSWER** TO PLAINTIFFS' AMENDED COMPLAINT (11)    aw |
| NOV 14 | 97 | PLAINTIFFS' MOTION AND BRIEF TO SHORTEN TIME TO REQUIRE DEFENDANT BARR TO RESPOND AND PRODUCE DOCUMENTS (6)    aw |
| NOV 15 | 98 | **ORDER OF REFERENCE**...Pltf' Motion to Compel Answer to Interrogatories is hereby referred to Mag. Tolle for hearing, if necessary, and determination. (1) cc to cnsl & dktd 11-15-90    RBM?aw |
|  | 99 | RESPONSE OF DEFENDANT JOHN HOLMAN BARR AND HIS COUNSEL TO PLAINTIFFS' MOTION FOR SANCTIONS (15) |
|  | 100 | APPENDIX TO RESPONSE OF DEFENDANT JOHN HOLMAN BARR AND HIS COUNSEL TO PLAINTIFFS' MOTION FOR SANCTIONS (25+)    aw |
|  | 101 | DEFENDANT GEORGE GROGAN'S RESPONSE TO PLAINTIFF'S MOTION FOR SANCTIOS (4)  a |
|  | 102 | AFFIDAVIT OF ROBERT T. WALLS, Jr. (2)    aw |
|  | 103 | AFFIDAVIT OF GEORGE GROGAN (3)    aw |
| Nov 16 | 104 | DEFENDANT JOHN BARR'S **ANSWER** TO AMENDED COMPLAINT (8)    ns |
| NOV 21 | 105 | PLAINTIFFS CHARLES AND SUSAN BRUTON'S RESPONSES TO DEFENDANTS HOMER DULWORTH, JOYCE DULWORTH AND GARY DULWORTH"S SECOND REQUEST FOR PRODUCTION AND DISCOVERY AND SECOND SET OF INTERROGATORIES (7)    aw |
|  | 106 | DEFENDANTS CITY OF DALLAS, MACK VINES, WILLARD ROLLINS AND DWIGHT WALKER'S **ANSWER** TO PLAINTIFFS' AMENDED COMPLAINT (12)    aw |
| DEC 3 | 107 | DEFENDANT JOHN BARR'S RESPONSE TO PLAINTIFFS' MOTION AND BRIEF TO SHORTEN TIME TO REQUIRE DEFENDANT BARR TO RESPOND AND PRODUCE DOCUMENTS (3)    aw |
| DEC 4 | 108 | DEFENDANT JOHN BARR'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES (3)    aw |
|  | 109 | DEFENDANT JOHN BARR"S MOTION FOR PROTECTIVE ORDER AND BRIEF IN SUPPORT THEREOF (11)    aw |
| DEC 6 | 110 | DEFENDANT MACK VINES' MOTION FOR PROTECTION AND BRIEF (3)    aw |
| DEC 7 | 111 | GEORGE GROGAN'S MOTION TO QUASH SCHEDULED DEPOSITOINS OF HOMER DULWORTH AND JAMES VAUGHN AND BRIEF IN SUPPORT THEREOF (6)    aw |
| DEC 10 | 112 | DEFENDANT SOUTHWESTERN BELL TELEPHONE COMPANY'S MOTION TO EXTEND TIME TO RESPOND TO DISCVOERY (5)    aw |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF<br>FORSYTH, ET AL | DEFENDANT<br>BARR, ET AL | CA3-89-447-T<br>DOCKET NO. _____<br>PAGE 11 OF ____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1990**<br>Dec 11 | 113 | **ORDER OF REFERENCE...**that deft John Barr's motion for protecitve order and brief in support thereof, filed 12/4/90 is referred to a US Magistrate for hearing if necessary and determination. (1)<br>   cc to cnsl 12-11/dkt'd 12/12/90          RBM/tc |
| DEC 12 | 114 | TRANSCRIPT OF HEARING 10/29/90 (111) (under sep. cover)    aw |
|  | ~~115~~ | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX **DKT'D IN ERROR**   aw |
| DEC 13 | 116 | DEFENDANT JOHN BARR'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES (16)   aw |
|  | 117 | DEFENDANT GEORGE GROGAN'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES (3)   aw |
|  | 118 | DEFENDANT GEORGE GROGAN'S **ANSWER** TO PLAINTIFFS' AMENDED COMPLAINT (6)  aw |
| Dec 17 | 119 | **ORDER...**Mack Vines is granted protection from his depo 12-7-90, & from and further discovery for 2 weeks thereafter(1)<br>   cc to cnsl 12-17-90/dkt 12-18-90      RBM/svc |
| DEC 21 | 120 | **ORDER DECLARING MOTION MOOT...**Pltfs' Motion to Shorten Response TIme to Require Deft Barr to Respond and Produce Documents be, and hereby is, declared **moot.** (2) cc to cnsl 12-21/dktd 12-27-90   RBM/aw |
| DEC 26 | 121 | PLAINTIFFS' RESPONSE TO DEFENDANT JOHN BARR"S MOTION FOR PROTECTIVE ORDER AND BRIEF IN SUPPORT THEREOF (5)   aw |
| DEC 27 | 122 | **ORDER...** that the time within which deft Southwestern Bell Tele. Company may answer, object to, move with respect to or otherwise respond to Pltfs' First SEt of INterrogatories.... be, and hereby is extended through and including 12-21-90. (2) cc to cnsl 12-27/ dktd 12-28-90   RBM/aw |
| **1991**<br>FEB 4 | 123 | MOTION FOR PROTECTIVE ORDER AND BRIEF IN SUPPORT THEREOF (Deft) (4)  aw |
|  | ~~124~~ | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX<br>**DOCKETED IN ERROR**   ~~aw~~ |
| FEB 5 | 124 | **ORDER OF REFERENCE...**Deft George Grogan's MOtion for Protective Order and Brief In Support is hereby, **referred** to Magistrate Judge Tolle for hearing, if necessary, and determination. (1)<br>   cc to cnsl & dktd 2-7-91      RBM/aw |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-89-0447- |
|---|---|---|
| JAN FORSYTH, ET AL | JOHN BARR, ET AL | DOCKET NO. ___<br>PAGE 12 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1991**<br>FEB 8 | 125 | **ORDER DENYING DEFENDANT'S MOTION TO QUASH DEPOSITIONS**...that Deft Grogan's Moiton to Quash Depositions of Homer Dulworth and James vaughn is denied without prejudice. (2) cc to cnsl & dktd 2-8-91 | RBM/aw |
| FEB 25 | 126 | PLAINTIFFS' RESPONSE TO DEFENDANT GEORGE GROGAN'S MOTION FOR PROTECTIVE ORDER AND BRIEF IN SUPPORT THEREOF (4) | tc |
|  | 127 | MOTION TO DISQUALIFY CITY ATTORNEY (dft) (8) | tc |
| FEB 26 | 128 | NOTICE OF DEPOSITION WITH SUBPOENA of John Evans on 3/25/91 at 9:00am in Dallas Texas (2) (plf) | tc |
| FEB 26 | 129 | **ORDER SETTING HEARING**...that dft Mack Vines' Motion to Disqualify City Attorney shall be heard on Friday, 3/1/91 at 02:00 PM in Courtroom 13B48, USCourthouse Dallas, Texas (2)<br>    cc to cnsl  2/27/91 & dkt;d 2/27/91 | RBM/tc |
| FEB 28 | 130 | DEFENDANT CITY OF DALLAS, MACK VINES, DWIGHT WALKER AND WILLARD ROLLINS' MOTION TO FILE BRIEF EXCEEDING PAGE LIMITATION AND BRIEF (Motion for Summary Judgment & Brief under separate cover -15+)  (4) | tc |
| MAR 1 | 131 | DEFENDANTS CITY OF DALLAS MAC VINES, DWIGHT WALKER AND WILLARD ROLLINS' MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY AND BRIEF (15+) | tc |
| MAR 7 | 132 | **ORDER GRANTING DEFENDANT'S MOTION TO DISQUALIFY CITY ATTORNEY**...that dft Mack M. Vines' 2/25/91 motion to Disqualify City Attorney is granted.  Ordered that the City of Dallas shall pay the reasonable and necessary expenses for independent legal counsel to defend Mack M. Vines in this action (2)<br>    cc to cnsl 3/7/91; dkt'd 3/8/91 | RBM/tc |
| MAR 14 | 133 | **ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION**...that dfts' Motion for Leave to File Brief Exceeding Page Limitation is granted; that the dfts' shall 1file their proposed Motion for SUmmary Judgment and Brief in support on or before 3/15/91 (2)<br>    cc to cnsl 3/14/91; dkt't 3/15/91 | RBM/tc |
|  | 134 | PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' CITY OF DALLAS, ET AL MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PROTECTION  (3) | tc |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA-3-89-0447-T |
|---|---|---|
| JAN FORSYTH, ETAL | JOHN BARR, ETAL | DOCKET NO. _____ <br> PAGE 13 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1991** | | | |
| Mar 19 | 135 | DEFENDANT CITY OF DALLAS' MOTION FOR PROTECTIVE ORDER TO STAY TAKING OF DEPOSITION AND BRIEF (11) | tc |
| | 136 | SOUTHWESTERN BELL TELEPHONE COMPANY'S BRIEF IN RESPONSE TO DEFENDANTS CITY OF DALLAS, MACK VINES, DWIGHT WALKER AND WILLARD ROLLINS MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY (3) | tc |
| MAR 20 | 137 | **SHEDULING ORDER NO. 6 REVISED**...scheduling conference is set for 7/26/91 at 10:00 AM; all general discovery by 9/1/91; motions for leave to join parties by 10/1/91; motion for leave to amend pleadings by 10/1/91; status conference by 10/25/91 at 10:00 am  (3) <br>  cc to cnsl 3/20/91; dkt'd 3/21/91 | RBM/tc |
| MAR 22 | 138 | **ORDER OF REFERENCE**...that Dft City of Dallas' Motion for Protective Order to stay taking of deposition of Dallas Mayor Pro Tem John Evans and Brief in support thereof filed 3/19/91 be referred to a US Magistrate Judge for hearing if necessary and determination  (1) <br>  cc to cnsl 3/22/91; dkt'd 3/22/91 | RBM/tc |
| Mar 28 | 139 | **ORDER**... dft City of Dallas shall file its Motion for Summary Judgement no later than 4/1/91 & Motion for Protective Order to Stay Discovery filed by dft City of Dallas on 4/1/91 is **DENIED** w/out prejudice to reurging the motion after it files its motion for summary judgement & pltfs motion for summary judgement and motion for protective order is **DENIED** w/out prejudice to reurging the motion after dft has filed its motion for summary judgement dckt'd 3/29/91 (3) | RBM/cm |
| APR 1 | 140 | DEFENDANTS CITY OF DALLAS, MACK VINES, DWIGHT WALKER AND WILLARD ROLLINS' MOTION FOR SUMARY JUDGMENT AND BRIEF (15+) (under separate cover) | tc |
| APR 11 | 141 | DEFENDANTS CITY OF DALLAS, DWIGHT WALKER AND WILLARD ROLLINS' SECOND MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY AND BRIEF (15+) (under separate cover) | tc |
| APR 19 | 142 | PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS CITY OF DALLAS, ET AL'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PROTECTION AND BRIEF (4) | tc |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA-3-89-447-T |
|---|---|---|
| JAN FORSYTH, ETAL | JOHN BARR, ETAL | DOCKET NO. _____<br>PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1991** | | | |
| APR 22 | 143 | JOHN HOLMAN BARR'S MOTION FOR LEAVE TO FILE BRIEF EXCEEDING PAGE LIMITATION AND BRIEF IN SUPPORT THEREOF (4) | tc |
| APR 26 | 144 | **ORDER OF REFERENCE**...that Dfts City of Dallas, Dwight Walker and Willard Rollins' Second Motion for Protective Order to Stay Discovery and Brief filed 4/11/91 is referred to a US Magistrate Judge (1)<br>cc to cnsl 4/26/91; dkt'd 4/29/91 | RBM/tc |
| APR 30 | 145 | MOTION TO RECONSIDER ORDER DISQUALIFYING CITY ATTORNEY AND BRIEF (dft) (15+) | tc |
| MAY 1 | 146 | **ORDER GRANTING EXTENSION**...that Plaintiffs' Motion for Extension of Time in Which to Respond to Dfts City of Dallas, EtAl's Motion for Summary Judgment is hereby granted and extends the time in which plaintiffs may file their response to and including May 3, 1991 (1)<br>cc to cnsl 5/1/91; dkt;d 5/1/91 | RBM/tc |
| MAY 1 | 147 | **AGREED ORDER GRANTING EXTENSION**...that Plaintiffs' Motion for Extension of Time in Which to Respond to Dfts City of Dallas, EtAl's Motion for Summary Judgment is hereby granted and extends the time in which plaintiffs may file their response to and including May 3, 1991 (2)<br>cc to cnsl 5/1/91; dkt;d 5/1/91 | RBM/tc |
| MAY 3 | 148 | PLAINTIFF'S MOTION AND BRIEF TO SUPPLEMENT RESPONSE AND OPPOSITION TO SUMMARY JUDGMENT (19) | yb |
| MAY 3 | 149 | PLAINTIFF'S UNOPPOSED MOTION TO FILE RESPONSE TO DEFENDANTS' CITY OF DALLAS, MACK VINES, DWIGHT WALKER AND WILLARD ROLLINS MOTION FOR SUMMARY JUDGMENT AND MOTION FOR PROTECTIVE ORDER REGARDING DISCOVERY EXCEEDING PAGE LIMITATION AND BRIEF IN SUPPORT THEREOF (4) | yb |
| MAY 3 | xx | SUPPORTIVE MATERIALS FOR PLAINTIFFS' STATEMENT OF FACTS IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, Vols I & II (15+) (under separate cover) | yb |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA-3-89-447-T |
|---|---|---|
| JAN FORSYTH, ETAL | JOHN BARR, ETAL | DOCKET NO. _____ <br> PAGE 15 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1991** | | | |
| MAY 13 | 150 | MOTION AND BRIEF TO COMPEL DEFENDANT GEORGE GROGAN TO DESIGNATE LEAD COUNSEL (pla) (6) | tc |
| | 151 | PLAINTIFF'S MOTION AND BRIEF TO DISMISS DEFENDANT SOUTHWESTERN BELL TELEPHONE COMPANY (7) | tc |
| | 152 | **ORDER GRANTING PLAINTIFF'S APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S OCTOBER 31, 1990 ORDER**...that pltfs' November 9, 1990 Objection to and Appeal of Magistrate's Order dated 10/31/90 is granted, and that Magistrate Judge Tolle's 10/31/90 Order is reversed to the extent that the order required pltfs and their counsel to deliver to counsel for dft Barr the transcripts, tape recordings, and diskette which formed the basis of dft Barr's 10/9/90 emergency motion for protective order.  Further ordered that dft Barr's counsel Thomas Shaw, or any person currently in possesion of the materials turned over a result of Magistrate Judge Tolle's 10/31/90 order, shall return the materials to pltfs' counsel, Douglas Larson within ten days from the file date of this Order.  Ordered that all relief not specifically granted herein is denied (6) <br>    cc to cnsl 5/13/91; dkt'd 5/14/91 | RBM/tc |
| | 153 | **ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY FIVE PAGES**...that dft John Holman Barr's 4/22/91 Motion for Leave to File Brief in Excess of Twenty Five Pages is denied (2) <br>    cc to cnsl 5/13/91; dkt'd 5/14/91 | RBM/tc |
| MAY 16 | 154 | **ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY FIVE PAGES**...that pltfs' May 3, 1991 Motion for Leave to File Brief in Excess of Twenty Five Pages is denied (2) <br>    cc to cnsl 5/16/91; dkt'd 5/17/91 | RBM/tc |
| MAY 17 | 155 | **ORDER DECLARING MOOT AGREED MOTION TO EXTEND TIME**...that pltfs' May 13, 1991 Agreed Motion to Extend Time is declared moot (2) <br>    cc to cnsl 5/17/91; dkt'd 5/20/91 | RBM/tc |
| MAY 20 | 156 | RESPONSE AND BRIEF IN OPPOSITION TO MOTION TO RECONSIDER ORDER DISQUALIFYING CITY ATTORNEY, AND REQUEST FOR RULE 11 SANCTIONS (9) | tc |
| | 157 | DEFENDANT JOHN BARR'S OBJECTION TO ORDER GRANTING PLAINTIFFS' APPLICATION FOR REVIEW OF MAGISTRATE JUDGE'S OCTOBER 31, 1990 ORDER, MOTION TO RECONSIDER, MOTION FOR PROTECTION AND REQUEST FOR EVIDENTIARY HEARING AND BRIEF IN SUPPORT THEREOF (9) | tc |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA3-89-0447-T |
|---|---|---|
| JAN FORSYTH, ET AL | JOHN BARR, ET AL | DOCKET NO. _____ |
| | | PAGE 16 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1991** | | | |
| MAY 21 | 158 | PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (15+) | yb |
| MAY 22 | 159 | DEFENDANT JOHN HOLMAN BARR'S MOTION FOR SUMMARY JUDGMENT (7) | yb |
| | 160 | BRIEF IN SUPPORT OF DEFENDANT JOHN HOLMAN BARR'S MOTION FOR SUMMARY JUDGMENT (28) | yb |
| | xx | APPENDIX TO DEFENDANT JOHN HOLMAN BARR'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT THEREOF (15+) (under separate cover) | yb |
| MAY 23 | 161 | OBJECTION TO ORDER GRANTING PLAINTIFFS' APPLICATION FOR REVIEW AND JOINDER IN BARR'S OBJECTION (3) | tc |
| MAY 28 | 162 | DEFENDANTS CITY OF DALLAS, DWIGHT WALKER AND WILLARD ROLLINS' RESPONSE TO PLAINTIFFS' MOTION AND BRIEF TO SUPPLEMENT RESPONSE IN OPPOSITION TO SUMMARY JUDGMENT AND BRIEF (4) | tc |
| MAY 29 | 163 | **ORDER DENYING DEFENDANT'S OBJECTIONS, MOTION TO RECONSIDER, FOR PROTECTION AND FOR EVIDENTIARY HEARING**...that dft John Barr's May 20, 1991 Objection to Order Granting Plaintiff's Application for Review of Magistrate Judge's October 31, 1990 Order, Motion to Reconsider, Motion for Protection and Request for Evidentiary Hearing are denied (3)<br>   cc to cnsl 5/29/91; dkt'd 5/29/91 | RBM/tc |
| | 164 | **ORDER DENYING MOTION FOR RECONSIDERATION AND DENYING REQUEST FOR SANCTIONS**...that the City Attorney's motion to reconsider this court's March 6th Order disqualifying the City Attorney is denied; that dft Vines' request to impose Rule 11 sanctions is denied (3)<br>   cc to cnsl 5/29/91; dkt'd 5/29/91 | RBM/tc |
| JUN 5 | 165 | **ORDER DENYING DEFENDANT'S OBJECTIONS AND MOTION TO ADOPT**...that dft Grogan's May 23, 1991 Objection to Order Granting Plaintiffs' Application for Review and Joinder in Barr's Objection is denied (2)<br>   cc to cnsl 6/5/91; dkt'd 6/6/91 | RBM/tc |
| JUN 6 | 166 | DEFENDANTS CITY OF DALLAS, DWIGHT WALKER AND WILLARD ROLLINS' SUPPLEMENT TO MOTION FOR SUMMARY JUDGMENT AND BRIEF (10) | tc |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF<br>JAN FORSYTHE | DEFENDANT<br>JOHN BARR, ET AL | CA3-89-0447-T<br>DOCKET NO. _____<br>17<br>PAGE ___ OF ___ PAGES |
|---|---|---|
| DATE | NR. | PROCEEDINGS |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 1991 | | | |
| Jun 10 | 167 | PLAINTIFFS MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT JOHN HOLMAN BARR'S MOTION FOR SUMMARY JUDGMENT (4) | cm |
| JUN 12 | 168 | PLAINTIFF'S MOTION AND RULE 56(f) BRIEF FOR CONTINUANCE TO RESPOND AND OPPOSE DEFENDANT BARR'S MOTION FOR SUMMARY JUDGMENT (6) | tc |
| | 169 | **ORDER GRANTING MOTION TO COMPEL DEFENDANT GEORGE GROGAN TO DESIGNATE LEAD COUNSEL**...that pltfs' motion to compel dft Grogan to designate lead counsel is granted, and dft Grogan shall designate his lead counsel by 6/24/91 (2)<br>    cc to cnsl 6/12/91; dkt'd 6/13/91 | RBM/tc |
| | 170 | **ORDER DENYING WITHOUT PREJUDICE MOTION TO SUPPLEMENT RESPONSE AND OPPOSITION TO SUMMARY JUDGMENT**...that pltfs' motion to supplement response and opposition to summary is denied without prejudice (2)<br>    cc to cnsl 6/12/91; dkt'd 6/13/91 | RBM/tc |
| | 171 | **ORDER GRANTING MOTION TO SUPPLEMENT MOTION FOR SUMMARY JUDGMENT**...that dfts' motion to supplement their motion for summary judgment is granted (2)<br>    cc to cnsl 6/12/91; dkt'd 6/13/91 | RBM/tc |
| | 172 | **ORDER GRANTING MOTION TO DISMISS DEFENDANT SOUTHWESTERN BELL TELEPHONE COMPANY**...that pltfs' motion to dismiss dft Southwestern Bell Telephone Company is granted and dft Southwestern Bell Telephone Company is dismissed as a party in this action (2)<br>    cc to cnsl 6/12/91; dkt'd 6/13/91 | RBM/tc |
| JUN 14 | 173 | PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT JOHN HOLMAN BARR'S MOTION FOR SUMMARY JUDGMENT (15+) | tc |
| JUN 17 | 174 | **AGREED ORDER GRANTING EXTENSION**...that pltfs' Motion for Extenstion of Time in Which to Respond to Defendant John Holman Barr's Motion for Summary Judgment is hereby granted and extends the time in which pltfs may file their response to and including June 14, 1991 (2)<br>    cc to cnsl 6/17/91; dkt'd 6/18/91 | RBM/tc |

SEE NEXT PAGE

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA-3-89-447-T |
|---|---|---|
| JAN FORSYTH, ETAL | JOHN BARR, ETAL | DOCKET NO. _____ <br> PAGE 18 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1991** | | | |
| JUN 25 | 175 | DESIGNATION OF LEAD COUNSEL (dft) (2) | tc |
| JUN 27 | 176 | **ORDER DENYING WITHOUT PREJUDICE AGREED MOTION FOR LEAVE TO FILE REPLY**...that the parties' agreed motion for leave to file reply is denied without prejudice (2) <br>    cc to cnsl 6/27/91 | RBM/tc |
| JUL 2 | 177 | DEFENDANTS CITY OF DALLAS, DWIGHT WALKER AND WILLARD ROLLINS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND BRIEF (12) | tc |
| JUL 5 | 178 | DEFENDANT JOHN HOLMAN BARR'S RESPONSE TO PLAINTIFFS' MOTION AND RULE 56(f) BRIEF FOR CONTINUANCE TO RESPOND AND OPPOSE DEFENDANT BARR'S MOTION FOR SUMMARY JUDGMENT (15+) | tc |
| JUL 10 | 179 | **ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**...that dfts' motion for leave to file a reply is granted, and dfts shall file with the court within 10 days from the file date of this order a signed, original reply which conforms to the proposed reply attached as an exhibit to the motion (1) <br>    cc to cnsl 7/10/91; dkt'd 7/11/91 | RBM/tc |
| | 180 | Affidavit of John Charles Woodard (3) | tc |
| JUL 17 | 181 | DEFENDANTS CITY OF DALLAS, DWIGHT WALKER AND WILLARD ROLLINS' REPLY TO PLAINTIFFS' RESPONSE TO SUMMARY JUDGMENT FILED BY VINES (SIC), ROLLINS', WALKER AND THE CITY OF DALLAS AND BRIEF (8) | tc |
| JUL 25 | 182 | **ORDER DENYING MOTION FOR CONTINUANCE TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**...that pltf's motion for continuance to respond and oppose dft Barr's motion for summary judgment is denied (2) <br>    cc to cnsl 7/25/91; dkt'd 7/26/91 | RBM/tc |
| JUL 26 | 183 | **ORDER STAYING DISCOVERY**...that all discovery is stayed in this cause until further order of this court (2) <br>    cc to cnsl 7/26/91; dkt'd 7/29/91 | RBM/tc |
| AUG 15 | 184 | DEFENDANT GEORGE GROGAN'S MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT (15+) | amy |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CA-3-89-447-T |
|---|---|---|
| JAN FORSYTH, ETAL | JOHN BARR, ETAL | DOCKET NO. _____ <br> PAGE 19 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| **1991** | | | |
| AUG 29 | 185 | STIPULATION OF AGREEMENT (pltf) (2) | tc |
| SEP 9 | 186 | PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT GEORGE GROGAN'S MOTION FOR SUMMARY JUDGMENT (11) | tc |
| | -- | RECEIVED INDEX OF EXHIBITS FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT GEORGE GROGAN'S MOTION FOR SUMMARY JUDGMENT (1 vol) | tc |
| SEP | -- | * * * THIS CASE HAS BEEN ENTERED ON ICMS. FOR ALL FUTURE ENTRIES/PLEADINGS PLEADINGS SEE ICMS *** | tc |

ENTERED IN CIVIL